61 A.3d 189

COMMONWEALTH of Pennsylvania, Appellant

v.

Muhammed D. LEAVY, Appellee.

Supreme Court of Pennsylvania.

Submitted Feb. 1, 2012.

Filed Jan. 22, 2013.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of January, 2013, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Madame Justice ORIE MELVIN did not participate in the consideration or decision of this case.